**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TOLLIE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10 C 321 |
| | ) | |
| v. | ) | Honorable Judge Feinerman |
| | ) | |
| CHICAGO STATE UNIVERSITY, | ) | |
| BIJESH TOLIA & FARHAD SIMYAR, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, Chicago State University, Bijesh Tolia and Farhad Simyar, by and through their attorney, Lisa Madigan, Attorney General of Illinois, and pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Court for the entry of summary judgment in their favor on the grounds that there is no genuine issue of material fact and that they are entitled to judgment as a matter of law. In support of their Motion, Defendants hereby submits their Local Rule 56.1 Statement of Facts with Appendix, and their Memorandum of Law in Support of their Motion for Summary Judgment.

WHEREFORE Defendants, Chicago State University, Bijesh Tolia and Farhad Simyar pray that this Court enter judgment in their favor and against Plaintiff Tollie Carter as a matter of law.

LISA MADIGAN  Respectfully submitted,
Illinois Attorney General

                                                By:   /s/ Katherine Christy
                                                        KATHERINE CHRISTY
                                                        Assistant Attorneys General
                                                        100 West Randolph Street, 13th Floor
                                                        Chicago, Illinois 60601
                                                        (312) 814-2035