# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tollie Carter, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 10 C 321 |
| | ) |
| Chicago State University, et al, | ) Judge Rebecca R. Pallmeyer |
| | ) |
| Defendants. | ) |

## ORDER

Jury Trial held on 9/23/2013. Jury deliberations held and concluded. As to Plaintiff Carter's FMLA Retaliation Claim against Defendant Chicago State University, the jury finds in favor of Defendant Chicago State University and against Plaintiff Tollie Carter. As to Plaintiff Carter's Section 1981 Retaliation Claim against Defendant Dr. Simyar, the jury finds in favor of Defendant Dr. Simyar and against the Plaintiff Tollie Carter. Damages are not awarded. Trial Ends - Jury.

ENTER:

Dated: September 23, 2013

_____
REBECCA R. PALLMEYER
United States District Judge

(T:04:27)